UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JORGE ENRIQUE MENA LLOREDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26 CV 128 JMB |
| | ) | |
| BUDGET RENT A CAR SYSTEM, LLC, | ) | |
| OFFICER JOHN DOE #1, OFFICER JOHN | ) | |
| DOE #2, and CITY OF RICHMOND | ) | |
| HEIGHTS, MISSOURI, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM and ORDER**

This matter is before the Court for case management.

On February 20, 2026, Plaintiff was given permission to conduct limited discovery to determine the names of the unknown police officers (Doc. 4). It is unclear the status of that discovery. Plaintiff has not filed an amended pleading setting forth the names of these Defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall either file a status report indicating the status of discovery OR file a Motion to Amend the Complaint along with a proposed Amended Complaint setting forth the names of the unknown parties, consistent with Federal Rule of Civil Procedure 15 and Local Rule 4.07, by April 24, 2026.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of April, 2026

Page **1** of **1**